**E-Filed 4/15/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GINGER MELILLO, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>ERICA BRACHFELD, et al.,<br><br>　　　　Defendants. | Case No. C 09-5823 JF (PVT)<br><br>ORDER OF RECUSAL |

Pursuant to Canon 3(C)(1) of the Code of Conduct for United States Judges, 175 F.R.D. 363, 367, I hereby recuse myself from participation in the above-entitled matter. The Clerk shall reassign the matter to another district judge pursuant to this Court's Assignment Plan.

DATED: April 15, 2010

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　United States District Judge