
IT IS SO ORDERED
AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ginger Melillo, Et al.,

CASE NO. C09-05823 JW

Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Erica L. Brachfeld, Et al.,

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
       Non-binding Arbitration (ADR L.R. 4)
       Early Neutral Evaluation (ENE)   (ADR L.R. 5)
 X  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
       Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
       the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

 ✓  other requested deadline   To be scheduled within 6 weeks after class-certification decision.

Dated: 4/2/2010

_____
Ian Chowdhury
Attorney for Plaintiff

Dated: 4/2/10

_____
Larissa Nefulda
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- X   90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: April 20, 2010

_____
James Ware
UNITED STATES DISTRICT JUDGE

**FEDERAL COURT PROOF OF SERVICE**
*Ginger Melillo, et al. vs. Erica L. Brachfeld, et al*
24799-348 - File No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 2, 2010, I served the following document(s):**STIPULATION AND [PROPOSED ORDER SELECTING ADR PROCESS]**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Ian D. Chowdhury, Esq.
Law Office of Ian D. Chowdhury
8853 Fullbright Avenue
Winnetka, CA 91306

The documents were served by the following means:

[X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 2, 2010, at Los Angeles, California.

*Stephanie Hickman*
Stephanie Hickman


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-9748-0453.1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS