1  Law Office of Ian Chowdhury
   Ian D. Chowdhury (SBN: 199018)
2  8853 Fullbright Avenue
   Winnetka, 91306
3  Telephone: 818-407-0510
   Facsimile: 818-337-2215
4  E-mail: ian@ianchowdhury.com

5  Attorney for Plaintiffs
   Ginger Melillo and Abigail Usher
6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 | Ginger Melillo et al.,            ) Case No.: 09-cv-05823-JW
                                       )
13 |     Plaintiff,                    ) **STIPULATION FOR FILING OF**
                                       ) **FIRST AMENDED COMPLAINT**
14 |                                   ) **AND [PROPOSED] ORDER**
       v.                              ) **THEREON**
15 |                                   )
   Erica L. Brachfeld et al.,          )
16 |                                   ) The Hon. James Ware
       Defendants                      )
17 |                                   )
                                       )
18 |                                   )
                                       )
19 |                                   )
                                       )
20 |                                   )
                                       )
21 |_____    )

1  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, in keeping with Federal Rule of Civil Procedure 15(a)(2), Plaintiffs may file a First Amended Complaint, a copy of which is submitted for such filing in connection herewith.

IT IS FURTHER STIPULATED that defendants waive notice and service of the First Amended Complaint and shall not be required to file an answer thereto, insofar as all denials, responses and affirmative defenses contained in the answer filed by defendants in response to the original complaint, shall be responsive to the First Amended Complaint.

DATED:  6/11/2010          Law Office of Ian Chowdhury

                                      /s/ Ian Chowdhury
                                      Ian D. Chowdhury
                                      Attorney for Plaintiffs
                                      Ginger Melillo and Abigail Usher

DATED:  6/11/2010          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      /s/ Larissa G. Nefulda
                                      Stephen H. Turner, Esq.
                                      Larissa G. Nefulda, Esq.
                                      Attorneys for Defendants
                                      Erica L. Brachfeld and
                                      The Brachfeld Law Group, P.C.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 21, 2010     Plaintiffs shall file their First Amended Complaint as a separate docket entry by June 25, 2010.

                                      Hon. James Ware